# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** July 17, 2025 | **Time:** 1:39 PM - 1:47 PM | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 19-cv-01534-KAW | **Case Name:** Marron v. Healthsource Global Staffing, Inc. | |

**For Plaintiff:** Brian Louis
**For Defendant:** Brian Samuel Fong

**Deputy Clerk:** Cindy C. Fan        **Recorded via Liberty Recorder:** 8 minutes

## PROCEEDINGS

Hearing on Plaintiff's Motion for Approval of PAGA Settlement, Dkt. 70, and Motion for Attorney Fees, Dkt. 74, held.

For reasons stated on the record, Plaintiff's Motion for Approval of PAGA settlement is approved and the Motion for Attorney Fees is taken under submission.